AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
& Issued us
2015 DEC 28 P 12:59
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| CELLEBRITE MOBILE SYNCHRONIZATION LTD., <br><br> *Plaintiff(s)* <br> v. <br> OXYGEN SOFTWARE and OXYGEN FORENSICS, INC., <br><br> *Defendant(s)* | Civil Action No. 1:15CV1699 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Oxygen Forensics, Inc.
    901 N. Pitt Street, Suite 320
    Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Bernard DiMuro
    DiMuroGinsberg PC
    1101 King Street, Suite 610
    Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

RECEIVED + Issued
UB

2015 DEC 28 P 12: 59

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| CELLEBRITE MOBILE SYNCHRONIZATION LTD., <br><br> *Plaintiff(s)* <br> v. <br><br> OXYGEN SOFTWARE and OXYGEN FORENSICS, INC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:15CV1699

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        Oxygen Software
        901 N. Pitt Street, Suite 320
        Alexandria, VA 22314

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Bernard DiMuro
        DiMuroGinsberg PC
        1101 King Street, Suite 610
        Alexandria, VA 22314

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                        *CLERK OF COURT*

Date: _____                        _____
                                                             *Signature of Clerk or Deputy Clerk*