UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CELLEBRITE MOBILE SYNCHRONIZATION LTD., <br><br> Plaintiff, <br><br> v. <br><br> OXYGEN SOFTWARE and OXYGEN FORENSICS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.: 1:15-cv-1699-LO-MSN

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby voluntarily dismisses and withdraws the claims and the action herein.

SO ORDERED this _____ day of March, 2016.

_____
JUDGE LIAM O'GRADY

_____/s/_____
Bernard J. DiMuro, Esq. (VSB #18784)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, Virginia 22314
Tel.: (703) 684-4333
Fax: (703) 548-3181
*Attorneys for Plaintiff, Cellebrite Mobile Synchronization, Ltd.*