| | |
|---|---|
| AO 121 (6/90) | |
| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Eastern District of Virginia<br>401 Courthouse Square<br>Alexandria, VA 22314 |
|---|---|
| DOCKET NO.<br>1:15-cv-1699 | DATE FILED<br>12/29/2015 |
| PLAINTIFF<br>Cellebrite Mobile Synchronization Ltd. | DEFENDANT<br>Oxigen Software and Oxigen Forensics, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☑ No | DATE RENDERED<br>3/23/14 |
|---|---|---|
| CLERK<br>Fernando Galindo, Clerk | (BY) DEPUTY CLERK<br>Deisy Esteves | DATE<br>4/8/14 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX 8-075-119**
Effective Date of Registration:
September 11, 2015

## Title

Title of Work: UFED Version 4.2.0

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: May 17, 2015
Nation of 1st Publication: United States

## Author

- Author: Cellebrite Mobile Synchronization Ltd.
  Author Created: computer program
  Work made for hire: Yes
  Domiciled in: Israel

## Copyright Claimant

Copyright Claimant: Cellebrite Mobile Synchronization Ltd.
94 Em Hamoshavot Street, Petah Tikvah., Israel

## Limitation of copyright claim

Material excluded from this claim: Third party code

New material included in claim: computer program

## Rights and Permissions

Organization Name: SHELOWITZ LAW GROUP PLLC
Name: Mitchell C. Shelowitz
Email: mitch@shelgroup.com
Telephone: (212)655-9384
Address: 2005 Merrick Road
Merrick, NY 11566 United States

## Certification

Name: MITCHELL C. SHELOWITZ

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX 8-117-657**
Effective Date of Registration:
November 04, 2015

## Title

    **Title of Work:** UFED 4.2.0 (LG ANDROID LAF Module)

## Completion/Publication

    **Year of Completion:** 2015
    **Date of 1st Publication:** May 08, 2015
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Cellebrite Mobile Synchronization Ltd.
    **Author Created:** computer program
    **Work made for hire:** Yes
    **Citizen of:** Israel

## Copyright Claimant

    **Copyright Claimant:** Cellebrite Mobile Synchronization Ltd.
    94 Em Hamoshavot Street, Petah Tikvah, 49130, Israel

## Rights and Permissions

    **Organization Name:** SHELOWITZ LAW GROUP PLLC
    **Name:** Mitchell C. Shelowitz
    **Email:** mitch@shelgroup.com
    **Telephone:** (212)655-9384
    **Address:** 2005 Merrick Road
    Merrick, NY 11566 United States

## Certification

    **Name:** MITCHELL C. SHELOWITZ
    **Date:** November 04, 2015
    **Applicant's Tracking Number:** CELLEBRITE

**Correspondence:** Yes